Filed 5/10/21  P. v. Butler CA2/4

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(a). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115(a).

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
### SECOND APPELLATE DISTRICT
### DIVISION FOUR

| | |
|---|---|
| THE PEOPLE, | B307153 |
| Plaintiff and Respondent, | Los Angeles County Super. Ct. No. NA094919 |
| v. | |
| CARL A. BUTLER, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of Los Angeles County, Judith L. Meyer, Judge. Dismissed.

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In 2016, defendant and appellant Carl Butler pled no contest to two counts of attempted murder (Pen. Code, § 187, subd. (a), 664)[1] and admitted he discharged a gun in the commission of one of the counts (§ 12022.53, subd. (c)). The trial court sentenced him to 25 years in state prison, consisting of concurrent five-year terms on each count, plus 20 years for the gun enhancement. In 2020, Butler filed a motion in the trial court to modify his sentence. Although the motion cites section 1016.8, which, effective January 1, 2020, provides that future changes in sentencing provisions cannot be denied to persons who plead guilty, Butler appears to have argued that he should be able to obtain the benefit of Senate Bill 620, which, as enacted in 2019, provides a sentencing court the discretion to strike a gun use enhancement (the trial court had no such discretion when Butler was sentenced in 2016). The trial court summarily denied the motion, and Butler timely appealed.

Appellate counsel filed a brief identifying no issues and requesting that this court follow the procedures set forth in *People v. Serrano* (2012) 211 Cal.App.4th 496. The court notified Butler he had 30 days to file a supplemental brief. Butler did not file a supplemental brief. This court has no independent duty to review the record for reasonably arguable issues. (*People v. Cole* (2020) 52 Cal.App.5th 1023, 1039-1040, review granted, Oct. 14, 2020, No. S264278.) We therefore dismiss Butler's appeal as abandoned. (*Ibid.*)

---

1      All undesignated statutory references are to the Penal Code.

## DISPOSITION

The appeal is dismissed.

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**


CURREY, J.


We concur:


MANELLA, P.J.


COLLINS, J.